FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NGHIA PHUOC KIEU, an individual, on behalf of himself and on behalf of all other employees similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUBRIZOL ADVANCED MATERIALS, INC. a Delaware Corporation; EXTRUMED, INC. dba VESTA; a California Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE NO. 5:18-cv-02010-SVW-SP<br>**CLASS ACTION**<br><br>**Assigned To:**<br>**Hon. Stephen V. Wilson**<br>**Dept. Courtroom 10A**<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS FLSA CLAIM AND REMAND THE ACTION<br><br>[*Filed concurrently with Stipulation of Dismissal of FLSA Claim and Remand*]<br><br>Complaint Filed: August 7, 2018<br>Removed: September 20, 2018<br>Trial: May 7, 2019 |

-1-

ORDER GRANTING JOINT STIPULATION TO AMEND AND WITHDRAW FLSA CLAIM AND REMAND

**ORDER**

The Court has reviewed the Joint Stipulation and Request for Entry of Order to Amend Plaintiff's First Amended Complaint so as to Withdraw Plaintiff's FLSA Claim and Remanding the Action ("Joint Stipulation") submitted by Plaintiff NGHIA PHUOC KIEU ("Plaintiff"), on behalf of himself and all others similarly situated employees of Defendant, LUBRIZOL ADVANCED MATERIALS, INC. and EXTRUMED, INC. dba VESTA ("Defendants") (collectively, "the parties").

The parties stipulated to the amendment of Plaintiff's Class Action Complaint so as to withdraw the sole federal claim (Claim 1) without prejudice and request an Order remanding the case to state court. The Court approves the relief requested. The Court declines to exercise supplemental jurisdiction over Claims 2 through 9, which seek recovery predicated on state law Labor Code violations. The Court remands this action to state court.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

1. The Joint Stipulation to Amend Plaintiff's Class Action Complaint so as to withdraw Plaintiff's first claim for relief under the FLSA pursuant to Federal Rule 15(a) is **GRANTED**;

2. Claim 1 of Plaintiff's Class Action Complaint is deemed withdrawn without prejudice to the right of Plaintiff to assert such a claim at a later date;

3. In light of the amendment of the Plaintiff's Complaint so as to withdraw Plaintiff's sole federal claim, the Court is divested of federal question subject matter jurisdiction, and the Court exercises its discretion to remand the instant action to the state court where it originated. The Clerk is therefore directed to **REMAND** this case to the Superior Court for Riverside County, Historic Courthouse, 4050 Main Street, Riverside, California, 92501, **Case No.: RIC1816157**.

4. Each of the Parties shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the instant action; and

5. After the remand has been effected, the Clerk is directed to **CLOSE THIS CASE.**

**IT IS SO ORDERED.**

Dated: January 30, 2019

_____
Hon. Stephen V. Wilson
United States District Judge